```
 1  Spencer A. Schneider, Esq. (SBN 175071)
    Howard Smith, Esq. (SBN 166571)
 2  BERMAN, BERMAN & BERMAN, LLP
    11900 W. Olympic Blvd., Suite 600
 3  Los Angeles, California 90064
    Telephone (310) 447-9000
 4  Facsimile (310) 447-9011
 5
 6  Attorneys for Defendants,
    ANH REGENT dba REGENT & ASSOCIATES
 7  and EQUABLE ASCENT FINANCIAL
 8
                  UNITED STATES DISTRICT COURT
 9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
12
    ABDON SANTIAGO, individually )  CASE No. CV 11-03158-CRB
13  and on behalf of all others  )  [Assigned to District Court
    similarly situated           )  Judge Charles R. Breyer.]
14                               )
            Plaintiff,           )  NOTICE OF SUBSTITUTION OF
15                               )  COUNSEL
        v.                       )
16                               )
    EQUABLE ASCENT FINANCIAL,    )
17  a/k/a EAF; AHN REGENT d/b/a  )
    REGENT & ASSOCIATES; DOES 1- )
18  20,                          )
                                 )
19          Defendant.           )
                                 )
20  _____
```

21     Pursuant to Local Rule 11-5, Spencer A. Schneider, Esq., the
22  undersigned counsel of record for Defendants ANH REGENT dba REGENT
23  & ASSOCIATES and EQUABLE ASCENT FINANCIAL, hereby substitutes Howard
24  Smith, Esq. as counsel of record in this action for Defendants.
25  / / /
26  / / /
27  / / /
28  / / /

Based upon this substitution, Mr. Schneider requests that he be removed from all notices and/or emails served in this action.

Dated: August 18, 2011   BERMAN, BERMAN & BERMAN, LLP

By: _____
SPENCER A. SCHNEIDER
Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES
and EQUABLE ASCENT FINANCIAL

Dated: August 18, 2011   BERMAN, BERMAN & BERMAN, LLP

By: _____
HOWARD SMITH
Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES
and EQUABLE ASCENT FINANCIAL

Signed: August 23, 2011

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\DATA\6211.01\Plead\SANTIAGO_NOT_SUB_COUNSEL.wpd 2

NOTICE OF SUBSTITUTION OF COUNSEL