Howard Smith, Esq. (SBN 166571)
BERMAN, BERMAN & BERMAN, LLP
11900 W. Olympic Blvd., Suite 600
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011

Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES and
EQUABLE ASCENT FINANCIAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDON SANTIAGO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUABLE ASCENT FINANCIAL, a/k/a EAF; AHN REGENT d/b/a REGENT & ASSOCIATES; DOES 1-20,<br><br>　　　　Defendants. | CASE No. CV 11-03158-CRB<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE: October 7, 2011<br>TIME: 8:30 a.m.<br>COURTROOM: 6 (17th Floor) |

**IT IS HEREBY AGREED AND STIPULATED TO** between the parties as follows:

On October 7, 2011, the initial Case Management Conference is scheduled to be held in this action. The parties agree to continue the conference as a result of a holiday on that date. The parties agree that the conference should be continued for a period of 60

/ / /

/ / /

/ / /

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1 days to a date available on the Court's calendar so that it may take
2 place after the early mediation to be held in this action.

3
4
5
6  Dated: September 20, 2011          BERMAN, BERMAN & BERMAN, LLP

7                                     By: _____
8                                           HOWARD SMITH, ESQ.
                                        Attorneys for Defendants,
9                                    ANH REGENT dba REGENT & ASSOCIATES
                                      and EQUABLE ASCENT FINANCIAL
10
11
12 Dated: September 20, 2011          THE BERG LAW FIRM
13
14
                                      By: _____
15                                          IRVING L. BERG, ESQ.
                                         Attorneys for Plaintiff,
16                                           ABDON SANTIAGO
17
18
19 Dated: September 20, 2011          HORWITZ, HORWITZ & ASSOCIATES
20
21                                    By: _____
                                           O. RANDOLPH BRAGG, ESQ.
22                                       Pro Hac Vice Counsel for
                                         Plaintiff ABDON SANTIAGO
23
24
25
26
27
28

1 **ORDER**

2 **IT IS HEREBY ORDERED:**

3       The Case Management Conference now set for October 7, 2011, is

4 hereby continued for a period of at least 60 days until

5 _____, 2011.

                                    _____
                                    JUDGE OF THE DISTRICT COURT,
                                    HON. CHARLES R. BREYER

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11900 Olympic Blvd., Suite 600, Los Angeles, California 90064.

On September 21, 2011, I served the foregoing document described as **"STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER"** on the interested parties in this action by placing a [X] true copy(ies) [ ] the original document thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

__X__   **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

_____   **(BY PERSONAL SERVICE)**
____ By personally delivering copies to the person served.
____ I delivered such envelope by hand to the office of the addressee pursuant to *Code of Civil Procedure §1011*.
____ I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by local courier service.
____ I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.

__X__   STATE
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 21, 2011, at Los Angles, California.

JANANNE HAYES                                    /s/ Jananne Hayes
Name                                                     Signature

## Mailing List

*Abdon Santiago vs. Equable Ascent Financial*
Case No: CV 11-03158-EDL

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, California 94925
Telephone No.: (415) 924-0742
Fax No. (415) 891-8208
irvberg@comcast.net
**Counsel for Plaintiff**
**ABDON SANTIAGO**

O. Randolph Bragg
PRO HAC VICE
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St., Suite 900
Chicago, IL 60602
Telephone No. (312) 372-8822
Fax No. (312) 372-1673
rand@horwizlaw.com
**Pro Hac Vice Counsel for**
**Plaintiff ABDON SANTIAGO**