```
 1  Howard Smith, Esq. (SBN 166571)
    BERMAN, BERMAN & BERMAN, LLP
 2  11900 W. Olympic Blvd., Suite 600
    Los Angeles, California 90064
 3  Telephone (310) 447-9000
    Facsimile (310) 447-9011
 4

 5  Attorneys for Defendants,
    ANH REGENT dba REGENT & ASSOCIATES and
 6  EQUABLE ASCENT FINANCIAL

 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ABDON SANTIAGO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUABLE ASCENT FINANCIAL, a/k/a EAF; AHN REGENT d/b/a REGENT & ASSOCIATES; DOES 1-20,<br><br>　　　　Defendants. | CASE No. CV 11-03158-CRB<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER**<br><br>DATE: October 7, 2011<br>TIME: 8:30 a.m.<br>COURTROOM: 6 (17th Floor) |
|---|---|

**IT IS HEREBY AGREED AND STIPULATED TO** between the parties as follows:

On October 7, 2011, the initial Case Management Conference is scheduled to be held in this action. The parties agree to continue the conference as a result of a holiday on that date. The parties agree that the conference should be continued for a period of 60

/ / /

/ / /

/ / /

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  days to a date available on the Court's calendar so that it may take
2  place after the early mediation to be held in this action.
3
4
5  Dated: September 20, 2011        BERMAN, BERMAN & BERMAN, LLP
6
7                                   By: /s/ Howard Smith
8                                       HOWARD SMITH, ESQ.
                                         Attorneys for Defendants,
9                                   ANH REGENT dba REGENT & ASSOCIATES
                                         and EQUABLE ASCENT FINANCIAL
10
11
12
13 Dated: September 20, 2011        THE BERG LAW FIRM
14
15                                  By: /s/ Irving L. Berg
                                        IRVING L. BERG, ESQ.
16                                       Attorneys for Plaintiff,
                                         ABDON SANTIAGO
17
18
19 Dated: September 20, 2011        HORVITZ, HORVITZ & ASSOCIATES
20
21                                  By: /s/ O. Randolph Bragg
                                        O. RANDOLPH BRAGG, ESQ.
22                                       Pro Hac Vice Counsel for
                                         Plaintiff ABDON SANTIAGO
23
24
25
26
27
28

**ORDER**

**IT IS HEREBY ORDERED:**

The Case Management Conference now set for October 7, 2011, is hereby continued for a period of at least 60 days until <u>     December 9 </u>, 2011.



_____
JUDGE OF THE DISTRICT COURT,
HON. CHARLES R. BREYER