```
Howard Smith, Esq. (SBN 166571)
BERMAN, BERMAN & BERMAN, LLP
11900 W. Olympic Blvd., Suite 600
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011


Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES and
EQUABLE ASCENT FINANCIAL
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDON SANTIAGO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUABLE ASCENT FINANCIAL, a/k/a EAF; AHN REGENT d/b/a REGENT & ASSOCIATES; DOES 1-20,<br><br>　　　　Defendants. | CASE No. CV 11-03158-CRB<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**<br><br>DATE: October 7, 2011<br>TIME: 8:30 a.m.<br>COURTROOM: 6 (17th Floor) |

**IT IS HEREBY AGREED AND STIPULATED TO** between the parties as follows:

　　On October 7, 2011, the initial Case Management Conference is scheduled to be held in this action. The parties agree to continue the conference as a result of a holiday on that date. The parties agree that the conference should be continued for a period of 60

/ / /

/ / /

/ / /

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1 days to a date available on the Court's calendar so that it may take
2 place after the early mediation to be held in this action.

5 Dated: September 20, 2011      BERMAN, BERMAN & BERMAN, LLP

7                                By: /s/ Howard Smith
8                                    HOWARD SMITH, ESQ.
                                     Attorneys for Defendants,
9                                ANH REGENT dba REGENT & ASSOCIATES
                                 and EQUABLE ASCENT FINANCIAL

12 Dated: September 20, 2011     THE BERG LAW FIRM

14                               By: /s/ Irving L. Berg
15                                   IRVING L. BERG, ESQ.
                                     Attorneys for Plaintiff,
16                                   ABDON SANTIAGO

19 Dated: September 20, 2011     HORVITZ, HORVITZ & ASSOCIATES

21                               By: /s/ O. Randolph Bragg
                                     O. RANDOLPH BRAGG, ESQ.
22                                   Pro Hac Vice Counsel for
                                     Plaintiff ABDON SANTIAGO

**ORDER**

**IT IS HEREBY ORDERED:**

The Case Management Conference now set for October 7, 2011, is hereby continued for a period of at least 60 days until _____ December 9, 2011.

_____
JUDGE OF THE DISTRICT COURT,
HON. CHARLES R. BREYER



F:\DATA\6211.01\Plead\CMC_Stip.wpd

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**