Howard Smith, Esq. (SBN 166571)
BERMAN, BERMAN & BERMAN, LLP
11900 W. Olympic Blvd., Suite 600
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011

Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES and
EQUABLE ASCENT FINANCIAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDON SANTIAGO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EQUABLE ASCENT FINANCIAL, a/k/a EAF; AHN REGENT d/b/a REGENT & ASSOCIATES; DOES 1-20,<br><br>    Defendants. | CASE No. CV 11-03158-CRB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE;** [PROPOSED] **ORDER**<br><br>NEW DATE: October 21, 2011<br>Time: 8:30 a.m.<br>Courtroom: 6 (17th Floor)<br><br>Old Date: October 14, 2011<br>Time: 8:30 a.m.<br>Courtroom: 6 (17th Floor) |

**IT IS HEREBY AGREED AND STIPULATED TO** between the parties as follows:

On October 14, 2011, the hearing on Plaintiff's Motion to Strike is scheduled to be held in this action. The parties agree to continue the hearing because of the unavailability of Defendants' counsel. Defendants' counsel has confirmed that October 21, 2011, is available on the Court's calendar for the continued hearing and

/ / /

/ / /

the parties thereby agree to continue the hearing for one week from October 14, 2011 to October 21, 2011.

Dated: October 10, 2011

BERMAN, BERMAN & BERMAN, LLP

By: _____
HOWARD SMITH, ESQ.
Attorneys for Defendants,
ANH REGENT dba REGENT & ASSOCIATES
and EQUABLE ASCENT FINANCIAL

Dated: October 9, 2011

THE BERG LAW FIRM

By: _____
IRVING L. BERG, ESQ.
Attorneys for Plaintiff,
ABDON SANTIAGO

Dated: October 9, 2011

HORWITZ, HORWITZ & ASSOCIATES

By: _____
O. RANDOLPH BRAGG, ESQ.
Pro Hac Vice Counsel for
Plaintiff ABDON SANTIAGO

**ORDER**

**IT IS HEREBY ORDERED:**

The hearing on Plaintiff's Motion to Strike now set for October 14, 2011, is hereby continued to October 21, 2011.

_____
JUDGE OF THE DISTRICT COURT,
HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*