O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673
rand@horwitzlaw.com

Attorney for Plaintiff Abdon Santiago

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Division

| | |
|---|---|
| ABDON SANTIAGO, on behalf of himself and all others similarly situated, | CASE NO.: 11–cv-003158 |
| Plaintiff, | |
| v. | |
| EQUABLE ASCENT FINANCIAL and AHN H. REGENT, | Date: April 19, 2013<br>Time: 10:00 AM<br>Location: U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Courtroom 6, 17th Floor |
| Defendants. | |

## STIPULATION TO EXTEND DATES

Pursuant to Local Rule 6-2 of the U.S. District Court for the Northern District of California the above parties stipulate as follows:

1. The due date for Plaintiff's Reply Brief regarding Plaintiff's Motion for an Award of Costs and Attorneys Fees (Docket # 60), presently due March 29,

1  2013, is extended through April 19, 2013 for the reasons set forth in the attached
2  Declaration of O. Randolph Bragg,
3      2. The hearing date of April 19, 2013 set for Plaintiff's Motion for an
4  Award of Costs and Attorneys Fees (Docket # 60) is extended to ~~a date to be set by~~
5  ~~the Court.~~ May 10, 2013 at 10:00 a.m.

        S/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E Washington St Ste 900
Chicago IL 60602
(312) 372-8822
(312) 372-1673 (Facsimile)
rand@horwitzlaw.com

ATTORNEY FOR PLAINTIFF

        S/ Tomio B. Narita
Tomio B. Narita
SIMMONDS & NARITA, LLP
44 Montgomery St., Ste 3010
San Francisco, CA 94104-4816

ATTORNEY FOR DEFENDANTS

PURSUANT TO STIPULATION IT IS HEREBY ORDERED

Signed: March 29, 2013

IT IS SO ORDERED
Judge Charles R. Breyer
CHARLES R. BREYER
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2