O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673
rand@horwitzlaw.com

Attorney for Plaintiff Abdon Santiago

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Division

| | |
|---|---|
| ABDON SANTIAGO,<br>on behalf of himself and<br>all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUABLE ASCENT FINANCIAL<br>and AHN H. REGENT,<br><br>Defendants.<br>_____/ | CASE NO.:  11–cv-003158<br><br><br><br><br><br>Date: April 19, 2013<br>Time: 10:00 AM<br>Location: U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Courtroom 6, 17th Floor |

## STIPULATION TO EXTEND DATES

Pursuant to Local Rule 6-2 of the U.S. District Court for the Northern District of California the above parties stipulate as follows:

1. The due date for Plaintiff's Reply Brief regarding Plaintiff's Motion for an Award of Costs and Attorneys Fees (Docket # 60), presently due March 29,

2013, is extended through April 19, 2013 for the reasons set forth in the attached Declaration of O. Randolph Bragg,

    2.    The hearing date of April 19, 2013 set for Plaintiff's Motion for an Award of Costs and Attorneys Fees (Docket # 60) is extended to ~~a date to be set by the Court.~~ May 10, 2013 at 10:00 a.m.

    S/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E Washington St Ste 900
Chicago IL 60602
(312) 372-8822
(312) 372-1673 (Facsimile)
rand@horwitzlaw.com

ATTORNEY FOR PLAINTIFF

    S/ Tomio B. Narita
Tomio B. Narita
SIMMONDS & NARITA, LLP
44 Montgomery St., Ste 3010
San Francisco, CA 94104-4816

ATTORNEY FOR DEFENDANTS

PURSUANT TO STIPULATION IT IS HEREBY ORDERED

Signed: March 29, 2013

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2