| | |
|---|---|
| 1 | O. Randolph Bragg |
| 2 | HORWITZ, HORWITZ & ASSOCIATES |
|   | 25 East Washington Street, Suite 900 |
| 3 | Chicago, IL 60602 |
|   | (312) 372-8822 |
| 4 | (312) 372-1673 |
|   | rand@horwitzlaw.com |
| 5 | Attorney for Plaintiff Abdon Santiago |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | | |
|---|---|---|
| ABDON SANTIAGO, on behalf of himself and all others similarly situated, | | CASE NO.:   11–cv-003158 |
| | Plaintiff, | |
| v. | | |
| EQUABLE ASCENT FINANCIAL and AHN H. REGENT, | | Date: May 10, 2013<br>Time: 10:00 AM<br>Location: U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Courtroom 6, 17th Floor |
| | Defendants. | |

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING HEARING DATE ON MOTION FOR ATTORNEYS' FEES**

Pursuant to Local Rule 6-2 of the U.S. District Court for the Northern District of California the above parties stipulate as follows:

1. At Plaintiff's request, the Court recently extended the date for the filing of the Reply Brief regarding Plaintiff's Motion for an Award of Costs and Attorneys Fees, and set the hearing date on the motion for May 10, 2013,

2. Counsel for Defendants has a conflict on that date, as he is scheduled to be out of town attending a conference for a national trade group where he will be chairing a committee meeting. In addition, counsel for Plaintiff, Irving Berg, is undergoing surgery and will need additional time to recover.

3. All counsel are presently free for a hearing on June 14, 2013, and the a parties respectfully request that the Court re-set the hearing for that date.

   s/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
25 E Washington St Ste 900
Chicago IL 60602
(312) 372-8822
(312) 372-1673 (Facsimile)
rand@horwitzlaw.com

ATTORNEY FOR PLAINTIFF

   s/Tomio B. Narita
Tomio B. Narita
SIMMONDS & NARITA, LLP
44 Montgomery St., Ste 3010
San Francisco, CA 94104-4816

ATTORNEY FOR DEFENDANTS

PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the new hearing date on the motion shall be  June 14, 2013 at 10:00 a.m.  .

Signed: April 10, 2013

CHARLES R. BREYER
U.S.D.J.



2